UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ANTHONY CRENSHAW, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:02-cv-1514-JDT-TAB |
| ) | |
| DANE MORGAN, MARK MORGAN, & ) | |
| GRADY COPELAND, ) | |
| ) | |
| Defendants. ) | |

# E N T R Y

The plaintiff's request for the transmission of a summary judgment exhibit–a videotape–to a state court is **denied.** The reason for this ruling is that there is no procedure for the transmission of the exhibit which the plaintiff seeks. The court suggests that the plaintiff attempt to arrange for that exhibit to be withdrawn and copied, then returned, so that a copy can be available to him. The arrangements for this could be started by calling a pro se clerk at 317-229-3950.

**IT IS SO ORDERED.**

Date: 01/26/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Anthony Crenshaw, DOC #112630
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN  46914