UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| ANTHONY CRENSHAW, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 1:02-cv-1514-JDT-TAB |
| | ) | |
| DANE MORGAN, MARK MORGAN, & | ) | |
| GRADY COPELAND, | ) | |
| | ) | |
| Defendants. | ) | |

**Order Granting Plaintiff's Motion for Permission to Withdraw Exhibit**

The plaintiff's motion for permission to withdraw exhibit #16 is **granted**, consistent with the following:

1. The individual identified in the plaintiff's motion as Janica Miezan-Ezo may come to the clerk's office during regular business hours and retrieve the videocassette for the purpose of enabling the plaintiff to seek to introduce that item at his post-conviction hearing in Marion County.

2. Janica Miezan-Ezo shall sign a receipt upon retrieving the videocassette, and by doing so shall indicate her agreement to return the videocassette to the clerk's office at the conclusion of the post-conviction proceeding, unless the videocassette is retained by the trial court. In that latter event, the videocassette obviously cannot be returned to the clerk's office of this court.

3. The receipt shall consist of Janica Miezan-Ezo signing and dating this Entry in the clerk's file. This will require a "hard copy" of this Entry to be placed in the clerk's file. A copy of the Entry shall then be provided to Janica Miezan-Ezo with the videocassette.

4. The plaintiff and Janica Miezan-Ezo are **notified** that the videocassette was seemingly recorded on special equipment and is not easily copied or playable on what the court's clerk has found to be standard equipment.

5. The court's staff may contact Janica Miezan-Ezo and notify her of the issuance of this Order.

**IT IS SO ORDERED.**

_____
John Daniel Tinder, Judge
United States District Court

Date: 03/28/2006

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS OTHER THAN DOCKETING AND DISTRIBUTION.

Distribution:

Anthony Crenshaw, DOC #112630
Miami Correctional Facility
P.O. Box 900
Bunker Hill, IN  46914

Donald B. Kite, Sr.
dkite@schultzpoguelaw.com

John Kautzman
jfk@rucklaw.com